# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

CHARLENE M. HUNT,              *

                *

    Plaintiff,            *

                *

     v.               *          CV 118-177

                *

GIW INDUSTRIES, INC.,     *

                *

    Defendant.          *

## O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 12.) Plaintiff and Defendant signed the dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of January, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA